UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-20399-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

SERGE FRANCOIS and
PATRICK TONGE,
    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation ("Report") [ECF No. 300]. On February 10, 2017, Defendant Serge Francois ("Francois") filed Motion to Dismiss Counts 1 through 13, Counts 15 through 19, and Count 34 of the Second Superseding Indictment [ECF No. 223]. On February 23, 2017, Defendant Patrick Tonge ("Tonge") filed Motion to Dismiss Counts 1, 3 through 13, and Counts 15 through 19, of the Second Superseding Indictment [ECF No. 234]. On May 12, 2017, Francois filed Motion to Dismiss Counts 1 through 13, Counts 15 through 19, and Count 34 of the Third Superseding Indictment [ECF No. 274]. On June 9, 2017, Francois filed Motion to Dismiss Counts 1 through 13, Counts 15 through 19, and Counts 34 and 35 of the Fourth Superseding Indictment [ECF No. 287]. On June 12, 2017, Tonge filed Motion to Dismiss Counts 1, 3 through 13, and [Counts 15 through 19, of the] Fourth Superseding Indictment [ECF No. 288]. These matters were referred to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636. [ECF Nos. 272, 275, 290]. Judge Otazo-Reyes's Report recommends that Defendants' Motions to Dismiss be denied. Defendant Serge Francois has timely filed objections to the Report. [ECF No. 318].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, concludes that Defendant's objections are without merit. The Court agrees with Judge Otazo-Reyes's well-reasoned analysis and denies the Motions to Dismiss.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Otazo-Reyes's Report and Recommendation [ECF No. 300] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendant Francois's Motion to Dismiss Second Superseding Indictment [ECF No. 223], Motion to Dismiss Third Superseding Indictment [ECF No. 274], and Motion to Dismiss Fourth Superseding Indictment [ECF No. 287] are **DENIED**; and

(3) Defendant Tonge's Motion to Dismiss Second Superseding Indictment [ECF No. 234], and Motion to Dismiss Fourth Superseding Indictment [ECF No. 288] are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of July, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE